## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

BEN SMITH                                                                                 PLAINTIFF

v.                                     NO. 2:22-cv-00139-PSH

KILOLO KIJAKAZI, Acting Commissioner                       DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 4th day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE